**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag. No. 25-9083 |
| FREDERICK DUVERGE GUZMAN | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of the United States (Assistant U.S. Attorneys David E. Malagold and Trevor A. Chenoweth, appearing), and defendant Frederick Duverge Guzman (William Strazza, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through October 25, 2025.

2. This Court granted three § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that this additional continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial. Counsel for the parties represented that the parties have reached a plea agreement.

4. Counsel for the United States also represented that this additional continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a. Both the United States and the defendant desire additional time to prepare the charges and schedule the change of plea hearing, which would render grand jury proceedings and a trial in this matter unnecessary.

b. Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date of this Order through October 25, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

s/ Cathy L. Waldor
Hon. Cathy L. Waldor
United States Magistrate Judge

Dated: August 25, 2025

Form and entry consented to:

David E. Malagold
Trevor A. Chenoweth
Assistant U.S. Attorneys

*/s/ William Strazza*
William Strazza, Esq.
Counsel for Defendant

*/s/ Andrew M. Trombly*
Andrew M. Trombly
Chief, Cybercrime Unit